September 16, 1983.

466 A.2d 717

Amer. Univ. Ins. Co. v. Sirianni, et al.

Appeal of City of Philadelphia.

Amer. Univ. Ins. Co. v. Nugent Brothers, et al.

Appeal of Paul Rimmeir.

December 6, 1982. Sarah C. Makin, Assistant City

Solicitor, for City of Phila., appellant (at No. 568) and appellee (at No. 1006); Richard A. Kraemer, for Rimmeir, for appellant (at No. 1006) and appellee (at No. 568); Francis T. McDevitt, for Amer. Univ. Ins. Co., appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order and judgment affirmed.

SPAETH, J., did not participate in the decision of this case.